UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GERGANA NOZHAROVA** | **CASE NO. 3:22-CV-03767** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SINDLE TRUCKING L.L.C ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 32] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **REMANDED** to the Sixth Judicial District Court, Madison Parish, State of Louisiana. The pending motion to dismiss will be carried with the case.

Monroe, Louisiana, on this 24th day of January, 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE